**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00034-CV

### JAMES LERMON, Appellant

### V.

### MINYARD FOOD STORES, INC., AND RODNEY LEE, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02955-A**

## ORDER

Before the Court is appellant's May 15, 2013 unopposed motion to extend time to file combined appellant's reply and cross-appellee's brief. Appellant's motion is **GRANTED**. Appellant's combined reply and cross-appellee's brief shall be filed on or before May 31, 2013.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE